GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
California State Bar No. 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Joseph.Bozdech@usdoj.gov
Attorneys for United States

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Non-Judicial Forfeiture Proceeding Involving Alcohol Tobacco Firearms and Explosives seizure of:<br><br>Ninety-Two Assets Seized Under ATF Case Number 785040-22-0007. | MC<br>**STIPULATED MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

The United States of America moves to extend the government's current deadline of March 12, 2024, to file a civil complaint for forfeiture or obtain an indictment including a forfeiture allegation against the property seized by ATF on September 21, 2023, under ATF Case No. 785040-22-0007 to May 13, 2024.

A court may extend the statutory CAFRA deadline under 18 U.S.C. § 983(a)(3)(A) "upon agreement of the parties." This request for extension of the government's filing deadline is based upon known potential claimant Hugo Lopez's agreement to a 60-day extension of the CAFRA deadline. As a 60-day extension from March 12 would end on May 11, a Saturday, and given the parties' agreement and pursuant to 18 U.S.C. § 983(a)(3)(A), the government respectfully requests an extension until May 13, 2024, to

//
//

either file a complaint for forfeiture and/or to obtain an indictment alleging forfeiture.

Respectfully submitted this 12th day of March 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney

2