☒ FILED  ☐ LODGED

**Aug 27 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH F. BOZDECH
California State Bar No. 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Joseph.Bozdech@usdoj.gov
Attorneys for United States

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Non-Judicial Forfeiture Proceeding Involving Alcohol Tobacco Firearms and Explosives seizure of:<br><br>Ninety-Two Assets Seized Under ATF Case Number 785040-22-0007. | **MC 24-00010-PHX-SMB**<br><br>**STATUS REPORT**<br>**(Under Seal)** |

The United States moved *ex parte,* and the Court granted an extension of time for the government to either file a civil forfeiture complaint or obtain an indictment alleging forfeiture of Ninety-Two Assets Seized Under ATF Case Number 785040-22-0007. In its last Sealed Order, the Court extended the deadline to August 12, 2024. Doc. 5.

The reason and justification for originally sealing this matter no longer exists and the government does not object to unsealing and closing this matter.

Respectfully submitted this 27th day of August 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney